CANDEE & SMITH, Appellant, *v.* FORDHAM STONE RENOVATING COMPANY, Respondent.

*Candee & Smith* v. *Fordham Stone Renovating Co.,* 126 App. Div. 15, affirmed.

(Argued May 19, 1909; decided June 8, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action on contract.

*Albert R. Hagar* for appellant.

*Edward C. Moen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.

---

GEORGE H. McMICHAEL, Respondent, *v.* SAMUEL R. ARMSTRONG, Appellant.

*McMichael* v. *Armstrong,* 127 App. Div. 945, affirmed.
(Argued May 19, 1909; decided June 8, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a promissory note.

*George C. Riley* for appellant.

*Charles F. Tabor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.